UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DAMIEN PONNIAH, *on behalf of himself and* :
*all other persons similarly situated*, :
:
                                 Plaintiffs, :      24-CV-8703 (VSB)
:
                  -against- :      **ORDER**
:
ISLAND CELLULAR GROUP, INC., and :
ASHISH KAPOORTHE, :
:
                               Defendants. :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiffs filed this action on November 15, 2024, (Doc. 1), and filed affidavits of service on December 9, 2024, (Docs. 6, 7).  The deadline for Defendants to respond to Plaintiffs' complaint was December 26, 2024.  To date, Defendants have not appeared or responded to the complaint.  Plaintiffs, however, have taken no action to prosecute this case.  Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 17, 2025.  If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 30, 2024
             New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                       United States District Judge