UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Damien Ponniah, on behalf of himself and all other persons similarly situated,<br><br>      Plaintiff,<br><br>-against-<br><br>Island Cellular Group, Inc. and Ashish Kapoorthe,<br><br>      Defendants. | 1:24-cv-08703 (VSB) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than Monday, September 8, 2025, Plaintiff shall respond to Defendants' outstanding discovery demands.

2. Plaintiff shall make himself available for his deposition at a mutually convenient time no later than September 26, 2025 (the deadline for the completion of fact discovery).

3. No later than October 3, 2025, the parties shall file a joint letter indicating whether they would like to participate in a settlement conference before the undersigned and, if so, setting forth at least four proposed dates for such conference to occur, as well as whether the parties prefer an in-person or remote conference.

**SO ORDERED.**

Dated:  New York, New York
     September 5, 2025

                    _____
                    STEWART D. AARON
                    United States Magistrate Judge