UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Damien Ponniah, on behalf of himself and all other persons similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>Island Cellular Group, Inc. and Ashish Kapoorthe,<br><br>      Defendants. | 1:24-cv-08703 (VSB) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  In accordance with the Court's September 5, 2025 Order, the parties were to file a joint letter, no later than October 3, 2025, indicating whether they would like to participate in a settlement conference before the undersigned and, if so, setting forth at least four proposed dates for such conference to occur, as well as whether the parties prefer an in-person or remote conference. (9/5/25 Order, ECF No. 31.) Despite an email reminder from the Court, as of the date of this Order, the parties have failed to comply.

  IT IS HEREBY ORDERED THAT the parties shall file the required letter no later than Tuesday, October 14, 2025. The parties are reminded that failure to comply with Court Orders may result in the imposition of sanctions.

**SO ORDERED.**

Dated:  New York, New York
     October 9, 2025

                    _____
                    STEWART D. AARON
                    United States Magistrate Judge