# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884  FAX: (212) 563-9870  WEBSITE: www.thesamuellawfirm.com

**ANDREW D. BERESIN**
E-Mail: andrew@thesamuellawfirm.com

April 27, 2026

**VIA ECF**
The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED *New Bro*
> VERNON S. BRODERICK
> U.S.D.J. 4/28/2026
> The Court adjourns the status conference scheduled for this Thursday, April 30, 2026 until next Thursday, May 7, 2026 at 2:00 p.m. The dial-in number is 1-855-244-8681, and the access code is 2309 3085 835.  There is no attendee ID.

Re:  v. Ponniah et al. v. Island Cellular Group, Inc. et al.
Case No. 1:24-cv-8703 (VSB) (SDA)

Dear Judge Broderick:

We are attorneys for the plaintiff, Damien Ponniah, and write jointly with the defendants pursuant to Your Honor's Order dated April 6, 2026 (ECF 35). We regret the belated timing of this submission and apologize to the Court for any resulting inconvenience.

At this time, the parties can provide the following status update: the plaintiff was deposed on September 16, 2025, and the parties have conducted some settlement discussions, however no resolution has been reached to date.  The parties are currrently discussing whether to jointly request a settlement conference and expect to be able to advise the Court very soon as to whether a settlement conference will be requested.

While no settlement disputes currently exist, if the parties determine not to proceed with requesting a settlement conference, the plaintiff will likely seek leave to depose the individual defendant, Ashish Kapoorthe.  Dispositive motions are not anticipated at this time, and no current deadlines or due dates exist.

Finally, we also write with the consent of the defendants to respectfully request a brief adjournment of this Thursday's 2 p.m. status conference, as I am traveling out of state that day, returning late Monday.

We thank the Court for its attention to this matter and are available at the Court's convenience should Your Honor have any additional questions or concerns regarding the contents of this letter.

Respectfully submitted,

/s/ *Andrew D. Beresin*
Andrew D. Beresin, Esq.

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

Cc:  Rudy A. Dermesropian, Esq. (Via ECF)
      *Attorney for Defendants*