UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                               :

DAMIEN PONNIAH, *on behalf of himself and* :
*all other persons similarly situated,*       :
                               :

                 Plaintiffs,    :         24-CV-8703 (VSB) (SDA)
                               :

         -against-        :              **ORDER**
                               :

ISLAND CELLULAR GROUP, INC., and   :
ASHISH KAPOORTHE,              :
                               :

             Defendants.   :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

On May 7, 2026, I held a status conference with the parties in the above-captioned matter.

Accordingly, it is hereby ORDERED that the parties shall submit a joint letter by May 15, 2026

stating whether they would like me to refer the case to Magistrate Judge Stewart D. Aaron for

purposes of settlement and whether Plaintiff intends to move forward with the deposition of the

individual defendant, Ashish Kapoorthe.

SO ORDERED.

Dated:       May 7, 2026
            New York, New York

                                         Vernon S. Broderick
                                         United States District Judge