**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Damien Ponniah, on behalf of himself and all other persons similarly situated,**

**Plaintiff,**

**-against-**

**Island Cellular Group, Inc. and Ashish Kapoorthe,**

**Defendants.**

**1:24-cv-08703 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case contains claims arising under the Fair Labor Standards Act. A settlement was reached by the parties at a settlement conference before the undersigned on July 7, 2026 and, thereafter, consented to have all proceedings held before me. (Consent, ECF No. 45.)

It is hereby ORDERED that, no later than July 24, 2026, the parties file either an accepted Rule 68 offer of judgment or a joint letter or motion for approval of the settlement in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

If the parties file a motion, such motion should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff's case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial). The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual

attorney's hours expended and the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

**SO ORDERED.**

Dated: New York, New York
July 15, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge