**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAMIEN PONNIAH,

Plaintiff,

-against-

ISLAND CELLULAR GROUP, INC. and ASHISH KAPOORTHE,

Defendants.

Case No. 1:24-cv-8703-SDA

**JUDGMENT**

On July 23, 2026, plaintiff DAMIEN PONNIAH filed a notice of acceptance of an offer of judgment against the defendants, ISLAND CELLULAR GROUP, INC. and ASHISH KAPOOR (incorrectly sued as Ashish Kapoorthe), pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the plaintiff, DAMIEN PONNIAH, has judgment against the defendants, ISLAND CELLULAR GROUP, INC. and ASHISH KAPOOR, in the amount of $15,000.00 (FIFTEEN THOUSAND DOLLARS), inclusive of attorneys' fees, costs and prejudgment interest.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any officer,

employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

This judgment will act to release and discharge each of the Defendants, their successors or assigns, and all past and present officers, employees, representatives, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by the plaintiff.

Dated: July 27, 2026

HON. STEWART D. AARON
United States Magistrate Judge